**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS LOVELADY,<br><br>              Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>              Defendants. | Case No. 2:12-cv-01290-RCJ-PAL<br><br>**REPORT OF FINDINGS<br>AND RECOMMENDATION** |

   This matter is before the court on Plaintiff Dennis Lovelady's failure to comply with this court's Order (Dkt. #15) requiring him to either retain substitute counsel or file a notice that he would proceed pro se on or before December 26, 2012, and Plaintiff's failure to comply with the court's Order to Show Cause (Dkt. #16). The Order (Dkt #15) granted Plaintiff's former counsel's motion to withdraw and application to extend time for Plaintiff to respond to certain discovery requests until January 11, 2013. The Motion represented that Plaintiff's mother, Jennifer Loveday, retained counsel on her son's behalf but had not satisfied the terms of the representation agreement. The Order advised Plaintiff that his failure to timely comply with the court's Order could result in sanctions, and was served on both the Plaintiff and his mother. Plaintiff failed to comply with the court's Order.

   As a result, on January 14, 2013, the court entered an Order to Show Cause advising Plaintiff that if he wanted to proceed with this case he must respond to the Order to Show Cause by either retaining substitute counsel or by filing a statement that he would appear pro se, that is, representing himself. The Order to Show Cause warned Plaintiff that if he did neither, the court would recommend that this case be dismissed for failure to comply with the court's orders and failure to prosecute. The Order to Show Cause was served on Plaintiff and his mother, Jennifer Lovelady. Plaintiff has not complied with the Order to Show Cause or requested an extension of time in which to comply.

Accordingly,

**IT IS RECOMMENDED** that Plaintiff's Complaint be DISMISSED for his failure to either retain substitute counsel or file a notice that he will proceed pro se and for his failure to comply with this court's Order (Dkt. #15) and Order to Show Cause (Dkt. #16) unless Plaintiff retains counsel or files a notice that he will proceed pro se on or before **March 28, 2013.**

Dated this 28th day of February, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

## NOTICE

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court. Pursuant to Local Rule of Practice (LR) IB 3-2(a), any party wishing to object to the findings and recommendations of a magistrate judge shall file and serve *specific written objections* together with points and authorities in support of those objections, within fourteen days of the date of service of the findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's Order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991). The points and authorities filed in support of the specific written objections are subject to the page limitations found in LR 7-4.