FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 05 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| DENNIS LOVELADY,<br><br>        Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>        Defendants. | CASE NO.: 2:12-CV-1290-RCJ-PAL<br><br>O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #17) entered on March 4, 2013, in which the Magistrate Judge recommends that the Court enter an order dismissing Plaintiff's Complaint for his failure to either retain substitute counsel or file a notice that he will proceed pro se and for his failure to comply with this Court's Order (ECF #15) and Order to Show Cause (ECF #16). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #17).

IT IS HEREBY ORDERED that Plaintiff's Complaint (ECF #1) is DISMISSED.

IT IS SO ORDERED this 4th day of June, 2013.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE